**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2338**

———————

GEORGE T. LOEBE, SR., State Coordinator,
GGRNC,

                                             Appellant,

     and

GRANDCHILDREN/GRANDPARENTS RIGHTS OF NORTH
CAROLINA; TAMMY RAMEY, and all other GGRNC
Members Similarly Situated,

                                             Plaintiffs,

     versus

THOMAS APODACA, in his individual and official
capacity; DEBRA CLARY, in her individual and
official capacity,

                                Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Lacy H. Thornburg,
District Judge. (CA-04-175)

———————

Submitted:  March 24, 2005         Decided:  March 29, 2005

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————————

George T. Loebe, Sr., Appellant Pro Se.  Gerald Kevin Robbins, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George T. Loebe, Sr., appeals from the district court's orders precluding him from representing a corporation or other individuals, and dismissing without prejudice the civil complaint filed by Loebe on behalf of the corporation and several individuals. Both the complaint and the notice of appeal were signed only by Loebe, who is not an attorney. It is well settled that a corporation cannot appear in federal court except through its attorney. Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993). Moreover, because Loebe is not an attorney, he cannot represent the other named parties to the action. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED